**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Jeffrey D. Hern**, OSB #043138
Email: jhern@schwabe.com
**Rebecca A. Boyette**, OSB #135024
Email: rboyette@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant
Health Net Health Plan of Oregon, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DWAYNE BRANDON,**<br><br>Plaintiff,<br><br>v.<br><br>**HEALTH NET HEALTH PLAN OF OREGON, INC**,<br><br>Defendant. | No. 3:19-cv-00356-AC<br><br>**DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT** |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendant conferred with counsel for Plaintiff via telephone on November 12, 2019, and Plaintiff does not oppose this Motion. (*See* Declaration of Jeffrey D. Hern in Support of Defendant's Motion to Stay or Extend Case Deadlines Due to Pending Settlement ("Hern Decl."), ¶ 2.)

Page 1 -   **DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT**
PDX\132485\246855\RAT\26561993.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981 Fax: 503.796.2900

## MOTION

Defendant respectfully moves the Court for an order staying all currently pending case management deadlines, including the deadline to file and serve objections to the Magistrate Judge's proposed findings and recommendations, due to a pending settlement between the parties. In the alternative, Defendant respectfully requests an extension of fourteen days in which to file and serve its objections to the Magistrate Judge's proposed findings and recommendations, if any.

The parties reached substantial agreement about a settlement of this case per LR 41-1(a) via phone and email conferral between counsel on November 11, 2019. (Hern Decl., ¶ 3.) Defendant anticipates that the parties will consummate a final settlement within fourteen days or less. (Hern Decl., ¶ 4.) Accordingly, Defendant respectfully requests a modest extension to the currently pending case management deadlines in order to allow the parties to finalize their settlement agreement without incurring additional costs.

Dated this 12th day of November, 2019.

Respectfully submitted by,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Jeffrey D. Hern
Richard K. Hansen, OSB #832231
Email: rhansen@schwabe.com
Jeffrey D. Hern, OSB #043138
Email: jhern@schwabe.com
Rebecca A. Boyette, OSB #135024
Email: rboyette@schwabe.com
Facsimile: 503-796-2900

*Attorneys for Defendant*
*Health Net Health Plan of Oregon, Inc.*

Page 2 -   DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT

PDX\132485\246855\RAT\26561993.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981 Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2019, I caused to be served the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR OBJECTIONS TO MAGISTRATE'S ORDER** on the following party at the following address:

| | |
|---|---|
| Jeremy L. Bordelon<br>Evergreen Disability Law<br>465 NE 181st Avenue, Suite 500<br>Portland, OR 97230<br>Phone: 503-888-9331<br>Fax:    503-836-1870<br>Email: jeremy@evergreendisability.com | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ E-mail<br>☒ ECF Filing |

*Of Attorneys for Plaintiff*

s/ Jeffrey D. Hern
Jeffrey D. Hern, OSB #043138

Page 1 -    **CERTIFICATE OF SERVICE**                SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981 Fax: 503.796.2900

PDX\132485\246855\RAT\26561993.1