**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Jeffrey D. Hern, OSB #043138**
Email: jhern@schwabe.com
**Rebecca A. Boyette, OSB #135024**
Email: rboyette@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant*
*Health Net Health Plan of Oregon, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DWAYNE BRANDON,**<br><br>Plaintiff,<br><br>v.<br><br>**HEALTH NET HEALTH PLAN OF OREGON, INC**,<br><br>Defendant. | No. 3:19-cv-00356-AC<br><br>**DECLARATION OF JEFFREY D. HERN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT** |

I, Jeffrey Hern, hereby declare that:

1. I am one of the attorneys for Defendant Health Net Health Plan of Oregon, Inc. I make this declaration in support of Defendant's Motion to Stay or Extend Case Deadlines Due to Pending Settlement, filed concurrently herewith.

Page 1 -   DECLARATION OF JEFFREY D. HERN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981 Fax: 503.796.2900

PDX\132485\246855\RAT\26564834.1

2. I conferred with Plaintiff's counsel by telephone on November 12, 2019, and Plaintiff does not oppose this motion.

3. The parties reached substantial agreement about a settlement in this case per LR 41-1(a) via phone and email conferral between counsel on November 11, 2019.

4. I anticipate that the parties will consummate a final settlement within fourteen days or less.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 12th day of November, 2019.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Jeffrey D. Hern
Jeffrey D. Hern, OSB #043138
*Of Attorneys for Defendant*
*Health Net Health Plan of Oregon, Inc.*

Page 2 -   DECLARATION OF JEFFREY D. HERN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981 Fax: 503.796.2900

PDX\132485\246855\RAT\26564834.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2019, I caused to be served the foregoing **DECLARATION OF JEFFREY D. HERN IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO STAY OR EXTEND CASE DEADLINES DUE TO PENDING SETTLEMENT** on the following party at the following address:

| | |
|---|---|
| Jeremy L. Bordelon<br>Evergreen Disability Law<br>465 NE 181st Avenue, Suite 500<br>Portland, OR 97230<br>Phone: 503-888-9331<br>Fax:    503-836-1870<br>Email: jeremy@evergreendisability.com | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ E-mail<br>☒ ECF Filing |

*Of Attorneys for Plaintiff*

s/ Jeffrey D. Hern
Jeffrey D. Hern, OSB #043138

Page 1 -   **CERTIFICATE OF SERVICE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981 Fax: 503.796.2900

PDX\132485\246855\RAT\26564834.1